**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JACARNELL DOTSON,<br><br>   Petitioner,<br><br>  v.<br><br>SCRIBNER, Warden,<br><br>   Respondent. | No. EDCV 06-1389-PA (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file <u>de novo</u>, including the Petition, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a <u>de novo</u> determination, the Court agrees with the recommendation of the Magistrate Judge.

  IT IS ORDERED that Judgment be entered denying the Petition and dismissed this action with prejudice.

DATED: <u>October 10, 2008</u>

              PERCY ANDERSON
             UNITED STATES DISTRICT JUDGE