# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JACARNELL DOTSON,<br><br>    Petitioner,<br><br>    v.<br><br>SCRIBNER, Warden,<br><br>    Respondent. | No. EDCV 06-1389-PA (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 10, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE